| | |
|---|---|
| DEFENDANT: | FARAJI ASWAD ABDALLA |
| YOB: | 1987 |
| COMPLAINT FILED? | ____ Yes   __X__ No<br><br>If Yes, MAGISTRATE CASE NUMBER |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ___ Yes   __X__ No |
| | If No, a new warrant is required |
| OFFENSE(S): | Counts 1 and 2: Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Counts 1 and 2: NMT 10 years' imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee. |
| AGENT: | Jason Cole, Special Agent, ATF |
| AUTHORIZED BY: | Rajiv Mohan Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; __ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.