# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 FEB 16 PM 12:28

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-cr-355-WJM |
| FARAJI ASWAD ABDALLA | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     FARAJI ASWAD ABDALLA                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Date: 11/04/2020

City and state: Denver, Colorado

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11/04/2020, and the person was arrested on *(date)* 02/10/2021
at *(city and state)* Aurora, CO.

Date: 02/10/2021

_____ 4969
*Arresting officer's signature*

JASON COLE, SPECIAL AGENT
*Printed name and title*