IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    20-cr-00355-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FARAJI ASWAD ABDALLA,

      Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**
_____

    Mr. Faraji Abdalla, through his counsel Mary V. Butterton, respectfully requests to continue the Change of Plea Hearing currently set for May 6, 2021, to a date the following week or later that is convenient for the Court. In support thereof, he states as follows:

    1.    On March 18, 2021, Mr. Abdalla filed a Notice of Disposition, indicating his desire to enter into a Plea Agreement with the Government. Doc. 16.

    2.    On March 19, 2021, this Court set a Change of Plea Hearing for May 6, 2021 at 10:00 a.m. Doc. 17.

    3.    Undersigned counsel has out-of-district travel scheduled from May 6-10, and has purchased plane tickets in anticipation of that travel.[1]

    4.    Undersigned counsel has conferred with Assistant United States Attorney Rajiv Mohan. He does not object to this request to continue the hearing. Further, both Mr.

---

[1] Although the COVID-19 pandemic has made travel arrangements unpredictable, undersigned counsel is cautiously optimistic that this travel will occur as scheduled.

Mohan and undersigned counsel are available anytime from May 11 through May 20, with the exception of the afternoon of May 13, 2021.

WHEREFORE, Mr. Abdalla respectfully requests to continue the Change of Plea Hearing currently set for May 6, 2021, to a date the following week or later that is convenient for the Court.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on March 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Rajiv Mohan, Assistant United States Attorney
  Email: Rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Faraji Abdalla (via U.S. Mail)


          s/ Mary V. Butterton
          MARY V. BUTTERTON
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Mary_Butterton@fd.org
          Attorney for Defendant