IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00355-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. FARAJI ASWAD ABDALLA,

  Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To: The clerk of court and all parties of record

  I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

  DATED at Denver, Colorado this 29th day of July 2021.

           MATTHEW T. KIRSCH
           Acting United States Attorney

           s/ *Laura B. Hurd*
           Laura B. Hurd
           Assistant United States Attorney
           United States Attorney's Office
           1801 California Street, Suite 1600
           Denver, Colorado 80202
           Telephone: 303-454-0100
           Fax: 303-454-0405
           Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of July 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                              s/ *Jasmine Zachariah*
                                              FSA Data Analyst
                                              Office of the U.S. Attorney