IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00355-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     FARAJI ASWAD ABDALLA,

        Defendant.
_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Laura B. Hurd, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the firearms and ammunition listed in the Indictment (Doc. 1), as they will remain in the possession of the Denver Police Department.

DATED this 29th day of July 2021.

                                          Respectfully submitted,

                                          MATTHEW T. KIRSCH
                                          Acting United States Attorney

                                          By: *s/ Laura B. Hurd*
                                          Laura B. Hurd
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          1801 California Street, Suite 1600
                                          Denver, CO 80202
                                          303-454-0100
                                          Laura.hurd@usdoj.gov
                                          *Attorney for the United States*