**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00355-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FARAJI ASWAD ABDALLA,

      Defendant.

---

**UNITED STATES' MOTION TO DISMISS COUNTS**

---

Under Federal Rule of Criminal Procedure 48(a), the United States of America moves to dismiss Count 2 of the indictment at sentencing, as contemplated in the plea agreement entered into to resolve this case.

Dated:  September 9, 2021

                            Respectfully submitted,

                            MATTHEW T. KIRSCH
                            Acting United States Attorney

                            By:  s/ *Rajiv Mohan*
                            Rajiv Mohan
                            Assistant U.S. Attorney
                            U.S. Attorney's Office
                            1801 California Street, Suite 1600
                            Denver, CO 80202
                            Telephone: 303-454-0100
                            Fax:  303-454-0406
                            E-mail:  Rajiv.Mohan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Mary Butterton                                    Mary_Butterton@fd.org


By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov