IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00355-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FARAJI ASWAD ABDALLA,

    Defendant.

## UNITED STATES' MOTION FOR DECREASE IN OFFENSE LEVEL

The United States of America moves for a one-level decrease in the offense level for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b). The defendant's agreement to plead guilty and provide timely notice thereof permitted the government to avoid preparing for trial and allowed the government and the Court to allocate their resources more efficiently.

Dated:  September 9, 2021	Respectfully submitted,

                                                 MATTHEW T. KIRSCH
                                               Acting United States Attorney

                                               By:  s/ *Rajiv Mohan*
                                               Rajiv Mohan
                                               Assistant U.S. Attorney
                                               U.S. Attorney's Office
                                               1801 California Street, Suite 1600
                                               Denver, CO 80202
                                               Telephone: 303-454-0100
                                               Fax:  303-454-0406
                                               E-mail:  Rajiv.Mohan@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Mary Butterton             Mary_Butterton@fd.org

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov