IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    20-cr-00355-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FARAJI ASWAD ABDALLA,

        Defendant
_____

**OBJECTION TO SUA SPONTE CONTINUANCE
AND UNOPPOSED MOTION TO RESET SENTENCING HEARING**
_____

Mr. Faraji Abdalla, by and through his counsel Mary V. Butterton, respectfully objects to the Court's *sua sponte* continuance of his sentencing hearing, previously scheduled for September 23, 2021 and moved to March 4, 2022. Mr. Abdalla respectfully requests that his sentencing hearing be reset in the calendar year 2021. In support of this request, he states as follows:

**PROCEDURAL HISTORY**

1.    On November 4, 2020, Mr. Abdalla was indicted on two counts of Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §922(g)(1). Doc. 1. He was arrested pursuant to that indictment on February 10, 2021. Doc. 4.

2.    On February 12, 2021, Mr. Abdalla was ordered detained pending trial and is currently in custody at the Federal Detention Center. Doc. 12.

3.     On May 18, 2021, Mr. Abdalla entered a plea of guilty to Count 1 of the indictment; at that time, a sentencing hearing was set for approximately four months later, September 23, 2021. Doc. 21.

4.     The initial Presentence Investigation Report was disclosed on August 18, 2021. Doc. 26. Both undersigned counsel and the government have filed responses to that document. Docs. 27, 36. Both parties have also filed other sentencing-related documents. Docs. 29, 25. The Final Presentence Investigation Report was filed on September 14, 2021. Doc. 33. The sentencing documents are ostensibly complete; all parties anticipate Mr. Abdalla receiving at least some prison time as part of his sentence.

5.     On September 15, 2021 this Court *sua sponte* continued Mr. Abdalla's sentencing hearing from September 23, 2021 to March 4, 2022, citing a conflict with an ongoing civil trial. Doc. 37.

## **ARGUMENT**

6.     Federal Rule of Criminal Procedure 32(b)(1) requires that this Court must impose sentencing without unnecessary delay. The Tenth Circuit has held that the Sixth Amendment guarantees criminal defendants the right to a speedy trial and have applied that right from arrest through sentencing. *United States v. Yehling*, 456 F.3d 1236, 1243 (10th Cir. 2006). Thus, the Court must apply the test under *Barker v. Wingo*, 407 U.S. 514, 530, 33 L. Ed. 2d 101, 92 S. Ct. 2182 (1972), which looks to the "length of the delay, reason for the delay, the defendant's assertion of his right, and prejudice to the defendant." See *United States v. Gould,* 672 F.3d 930 (10th Cir. 2012).

7.     Here, the Court has moved Mr. Abdalla's sentencing date to ten months after his change of plea hearing due to a civil jury trial.

8. The sentencing issues in Mr. Abdalla's case have all been fully briefed and are ripe for a hearing at any time; given the issues at hand, the sentencing hearing should take no more than two hours.

9. Mr. Abdalla is prejudiced by this continuance. He has been in continuous custody since February 10, 2021, first at GEO-Aurora, now at the Federal Detention Center (FDC) in Englewood, Colorado. The FDC holds pretrial detainees of every stripe, regardless of their eventual case outcome or security designation by the Bureau of Prisons (BOP). The FDC has been on a modified lockdown status for several months; Mr. Abdalla (and every other pretrial detainee in general population) are allowed out of their cells for three hours (12:30 p.m. to 3:30 p.m.) every other day and six hours (7:30 a.m. to 10:30 a.m. and 5:00 p.m. to 8:00 p.m.) on the alternate days. In other words: at the FDC, Mr. Abdalla is in his cell for 22 hours a day for half the week, and 18 hours a day for the other half.

10. This six-month delay- which likely means six more months of draconian lockdown – is prejudicial to Mr. Abdalla, particularly considering that his case is fully ripe for sentencing. This delay is preventing Mr. Abdalla from moving to his sentencing facility, where he will be classified by security designation, and will be subject to lockdown and rules based on that designation, rather than the blanket lockdowns imposed at the FDC. Further, this delay is preventing Mr. Abdalla from completing the more meaningful and robust rehabilitation program within the BOP.

11. Given that the case is ripe for sentencing, the lockdown at the FDC, and the lack of robust programming at the detention center, Mr. Abdalla respectfully requests a sentencing date within the calendar year 2021.

12.     Undersigned counsel has conferred with Assistant United States Attorney Rajiv Mohan, who does not oppose the motion to reset Mr. Abdalla's sentencing.[1]

WHEREFORE, Mr. Abdalla respectfully objects to the courts *sua sponte* continuance of his sentencing hearing, previously scheduled for September 23, 2021 and moved to March 4, 2022. He further requests that his sentencing hearing be reset for a date within the calendar year 2021.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Mr. Abdalla

---

[1] Mr. Mohan is out-of-District for the week of November 22-26, but is otherwise amenable to resetting this case.

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I electronically filed the foregoing

## OBJECTION TO SUA SPONTE CONTINUANCE
## AND UNOPPOSED MOTION TO RESET SENTENCING HEARING

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

   Rajiv Mohan, Assistant U.S. Attorney
   Email:  Rajiv.mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Faraji Abdalla (Via U.S. Mail)

   s/ Mary V. Butterton
   MARY V. BUTTERTON
   Assistant Federal Public Defender
   633 17th Street, Suite 1000
   Denver, CO  80202
   Telephone:  (303) 294-7002
   FAX:  (303) 294-1192
   Mary_Butterton@fd.org
   Attorney for Mr. Abdalla