IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00355-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. FARAJI ASWAD ABDALLA,

        Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 28th day of February 2022.

                              COLE FINEGAN
                              United States Attorney

BY:    *s/ Albert C. Buchman*
         Assistant United States Attorney
         U.S. Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Phone: (303) 454-0100
         Fax: (303) 454-0401
         Email: abuchman@usa.doj.gov
         Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of February 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                              s/ Ian McCandless
                                              Legal Assistant
                                              U.S. Attorney's Office