IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: 3/4/2022
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George
Probation Officer: Meaghan Mills

| | |
|---|---|
| Criminal Action No. **1:20-cr-00355-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| Faraji Aswad Abdalla, | Mary Virginia Butterton |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**2:34 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendant is present in custody. Probation Officer present in courtroom.

Defendant placed under oath by Courtroom Deputy.

Defendant's [26] Objections are overruled in part and sustained in part as more fully stated on the record.

**ORDERED:** The Probation Officer shall prepare and file an Amended Presentence Report, as stated on the record.

**ORDERED:** The Government's [31] Motion for Decrease for Acceptance of Responsibility is granted.

**ORDERED:** The Government's [30] Motion to Dismiss Counts is granted; Count 2 is dismissed with prejudice.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

**ORDERED:**  The Defendant's [29] Motion for Non-Guideline Sentence is granted in part as stated on the record.

Court's findings and conclusions.

**ORDERED:**  The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**  Defendant shall be imprisoned for 56 months as to Count 1 of the Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in presentence detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:**  The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

**ORDERED:**  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal.

**4:18 p.m.     Court in recess. Hearing concluded.**

Total time in court: 1 hour 44 minutes